# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142218

NORMA CAMP, EUGENE CHARDOUL,
NAN RUTH CHARDOUL, ELDON E.
JOHNSON, JOHN REIS, and EUGENE
SAENGER, JR.,
            Plaintiffs-Appellants,

v

CITY OF CHARLEVOIX, GERRY
HARSCH, DIANNE MANORE, JAMES
ANDERSON, PATRICIA ANDERSON,
and APJ PROPERTIES, LLC,
            Defendants-Appellees.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142218
COA: 291473
Charlevoix CC: 07-082121-CH

       On order of the Court, the application for leave to appeal the October 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

p0516